UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Judgment Creditor,

      v.

NIRMAL LORICK,

              Judgment Debtor,

and

MUNICIPAL CREDIT UNION,

           Third-Party Respondent.

24 CR 340 (AT)

**NOTICE OF MOTION
FOR MODIFICATION
OF PAYMENT SCHEDULE
<u>AND TURNOVER ORDER</u>**

PLEASE TAKE NOTICE that the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, with notice to the judgment debtor, Nirmal Lorick, moves before the Honorable Analisa Torres, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, for the following relief:

(1) modification of the payment schedule in the judgment under 18 U.S.C. § 3664(k) to make the restitution due and payable immediately; and

(2) entry of a turnover order under 18 U.S.C. §§ 3613, 3664(m), Federal Rule of Civil Procedure 69(a)(1), and N.Y. CPLR § 5225(b), directing the third-party respondent to submit $22,762.32 to the Clerk of Court to satisfy the restitution owed to the victim.

The undersigned certifies that, as required by 18 U.S.C. § 3664(k), the victim has been notified of a material change in the judgment debtor's economic circumstances, and in compliance with 18 U.S.C. § 3771(a)-(d), the victim has been provided with notice of this motion and the victim's rights.

Dated:    New York, New York
          March 9, 2026

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

By:    */s/ Melissa A. Childs*
        MELISSA A. CHILDS
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2711
        E-mail: melissa.childs@usdoj.gov