UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

     v.

NIRMAL LORICK,

                Judgment Debtor,

and

MUNICIPAL CREDIT UNION,

           Third-Party Respondent.

No. 24 CR 340 (AT)

**TURNOVER ORDER**

WHEREAS, on November 12, 2024, the Court entered judgment against NIRMAL LORICK and ordered him to pay $142,000 in restitution to the victim of his crime;

WHEREAS, as of March 6, 2026, Lorick's unpaid balance is $22,762.32;

WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all property and rights to property of Lorick, notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

WHEREAS, pursuant to 18 U.S.C. § 3664(m), Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States served a restraining notice on the Municipal Credit Union ("MCU") for substantial nonexempt property belonging or due to Lorick;

WHEREAS, the respondents' answers show that MCU holds approximately $39,321 in a savings account belonging to Lorick;

WHEREAS the United States served Lorick with the restraining notice including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a), and its motion for turnover order;

WHEREAS Lorick has a substantial nonexempt interest in the funds held by MCU, to which the criminal judgment lien has attached, and the restrained funds are subject to turnover;

IT IS HEREBY ORDERED that MCU shall pay the sum certain amount of $22,762.32 to the Clerk of Court from the nonexempt savings account in its possession, custody, or control belonging to or due the judgment debtor, NIRMAL LORICK. *See* 18 U.S.C. § 3613; *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (holding that "the only property exempt from [18 U.S.C. § 3613] is that which the government could not reach for the payment of federal income taxes").

Payment should be made by cashier's check or certified funds to "Clerk of Court" with "No. 24 CR 340" written on the face of the payment and mailed to:

United States District Court
500 Pearl Street, Room 120
New York, New York 10007
Attn: Cashier

Dated: New York, New York                                     SO ORDERED
           _____, 2026


                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE