Last Name **Lorick**                First Name **Nirmal**        CDCS Number **2025A08564**

Court Number **24-CR-00340**        Current Liability **$22,762.32**

| Finance Code | Received Date | Received From | Posting Date | Payment Amount |
|---|---|---|---|---|
| PMNT | 11/14/2024 | NIRMAL LORICK | 11/15/2024 | $100.00 |
| PMNT | 12/03/2024 | NIRMAL LORICK | 12/04/2024 | $400.00 |
| PMNT | 01/03/2025 | NIRMAL LORICK | 01/04/2025 | $400.00 |
| PMNT | 02/04/2025 | NIRMAL LORICK | 02/05/2025 | $400.00 |
| PMNT | 03/04/2025 | NIRMAL LORICK | 03/05/2025 | $400.00 |
| PMNT | 04/02/2025 | NIRMAL LORICK | 04/04/2025 | $400.00 |
| PMNT | 04/08/2025 | NIRMAL LORICK | 04/09/2025 | $50,000.00 |
| PMNT | 05/02/2025 | NIRMAL LORICK | 05/03/2025 | $400.00 |
| PMNT | 06/03/2025 | NIRMAL LORICK | 06/04/2025 | $400.00 |
| PMNT | 07/02/2025 | NIRMAL LORICK | 07/10/2025 | $400.00 |
| PMNT | 08/04/2025 | NIRMAL LORICK | 08/05/2025 | $400.00 |
| PMNT | 08/19/2025 | NIRMAL LORICK | 08/20/2025 | $20,000.00 |
| PMNT | 09/03/2025 | NIRMAL LORICK | 09/04/2025 | $400.00 |
| PMNT | 09/29/2025 | NIRMAL LORICK | 09/30/2025 | $10,000.00 |
| PMNT | 09/30/2025 | NIRMAL LORICK | 10/01/2025 | $10,000.00 |
| PMNT | 10/02/2025 | NIRMAL LORICK | 10/04/2025 | $400.00 |
| PMNT | 10/29/2025 | NIRMAL LORICK | 10/30/2025 | $5,000.00 |
| PMNT | 11/04/2025 | NIRMAL LORICK | 11/05/2025 | $400.00 |
| PMNT | 12/02/2025 | NIRMAL LORICK | 12/04/2025 | $5,400.00 |
| PMNT | 01/02/2026 | NIRMAL LORICK | 01/07/2026 | $7,000.00 |
| PMNT | 01/05/2026 | NIRMAL LORICK | 01/07/2026 | $400.00 |
| PMNT | 01/26/2026 | NIRMAL LORICK | 01/29/2026 | $8,000.00 |
| PMNT | 02/03/2026 | NIRMAL LORICK | 02/04/2026 | $400.00 |
| PMNT | 03/02/2026 | NIRMAL LORICK | 03/04/2026 | $2,500.00 |
| PMNT | 03/03/2026 | NIRMAL LORICK | 03/04/2026 | $400.00 |
| **Grand Total** | | | | **$124,000.00** |

# EXHIBIT A
# PAYMENT HISTORY REPORT