# LAW OFFICES OF
# ERIC FRANZ, P.L.L.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/27/2026__

April 24, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v. Nirmal Lorick, 24 Cr. 340 (AT)*

Dear Judge Torres:

I represent Mr. Nirmal Lorick, the defendant in the above referenced matter, and with the consent of AUSA Jerry Fang, submit this letter to respectfully request a 14-day adjournment of the briefing schedule on the Government's two pending motions: (1) the Government's Motion in Support of Its Proposed Preliminary Order of Forfeiture as to Substitute Assets (ECF No. 55); and (2) the Government's Motion for Modification of Payment Schedule and Turnover Order (ECF No. 57).

Pursuant to the Court's Memo Endorsement dated March 11, 2026 (ECF No. 63), Defendant's response to both motions is currently due April 29, 2026, and the Government's reply is due May 13, 2026.

The parties previously requested, and the Court granted, an initial 30-day adjournment of the briefing schedule (ECF No. 61) to allow the parties to engage in settlement discussions regarding the outstanding restitution and forfeiture issues. A consent Restraining Order was entered at that time safeguarding the assets at issue during the pendency of the motions. See Memo Endorsement, ECF No. 63. Settlement discussions have taken place but the parties have not yet reached an agreement. Undersigned counsel, a solo practitioner, requires more time to continue those discussions with additional personnel within the hierarchy of the United States Attorney's Office and the Department of Justice who have authority over the issues presented.

This is the second request for an adjournment of the briefing schedule. The first, made by consent (ECF No. 61), was granted on March 11, 2026 (ECF No. 63).

---

1 Old Country Road, Suite 347        www.efranzlaw.com        (212) 355-2200 (phone)
Carle Place, New York 11514

The parties respectfully request the following revised schedule:

1. By May 13, 2026, Defendant shall file his response to both pending motions (ECF Nos. 55 and 57).

2. By May 27, 2026, the Government shall file its reply, if any.

Thank you for the Court's consideration.

Respectfully submitted,

*Eric Franz*
_____
Eric Franz

GRANTED.  The briefing schedule on the Government's pending motions is ADJOURNED as set forth above.

SO ORDERED.

Dated:  April 27, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

1 Old Country Road, Suite 347          www.efranzlaw.com          (212) 355-2200 (phone)
Carle Place, New York 11514